United States Bankruptcy Court
Central District of California

Furie,
    Plaintiff

Adv. Proc. No. 13-01601-BR

Furie,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1      Date Rcvd: Aug 22, 2014
                      Form ID: pdf031    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2014.
aty        +Lisa F Rosenthal,   Law Offices of Rosenthal & Associates,    21601 Vanowen St Ste 208,
          Canoga Park, CA 91303-2758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
dft        +E-mail/Text: russfurie@gmail.com Aug 23 2014 01:59:28     Russell Louis Furie,
          26766 Claudette St #415,   Canyon Country, CA 91351-5588
                                                                                                                       TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        Courtesy NEF
pla         Kelly Furie
                                                                                                                       TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2014                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2014 at the address(es) listed below:
              Rosendo   Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,  dgomez@gonzalezplc.com
              Toan B Chung    on behalf of Interested Party    Courtesy NEF tbchung@rpmlaw.com,
               toan.b.chung@gmail.com;jphan@rpmlaw.com
              Toan B Chung    on behalf of Trustee Rosendo   Gonzalez (TR) tbchung@rpmlaw.com,
               toan.b.chung@gmail.com;jphan@rpmlaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                           TOTAL: 4

**FILED & ENTERED**

AUG 22 2014

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Russell Louis Furie,<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.: 2:13-bk-18101-BR<br>Adv No:    2:13-ap-01601-BR<br><br>**ORDER DENYING MOTION FOR SANCTIONS AGAINST MS. ROSENTHAL FOR COMMITTING A FRAUD UPON THE COURT DURING THE JUNE 26, 2014 STATUS CONFERENCE; MOTION TO REMOVE SECTION 727 ISSUE RELATING TO CONDO TRANSFER** |
| Kelly Furie,<br><br>Plaintiff(s),<br>v.<br><br>Russell Louis Furie,<br><br>Defendant(s). | Date:    [NO HEARING REQUIRED]<br>Time:<br>Courtroom: |

   This matter is before the Court on the Motion for Sanctions Against Ms. Rosenthal for Committing a Fraud Upon the Court During the June 26, 2014 Status Conference; Motion to Remove Section 727 Issue Relating to Condo Transfer, filed by

-1-

1 the debtor *in propria persona* on August 20, 2014.

2     The Court has reviewed the Motion and the Request to Take Judicial Notice of
3 Transcript from June 12, 2014 From This Court, filed concurrently filed therewith.  The
4 issues raised in the Motion will be determined at the trial of this matter on October 22,
5 2014 at 10:00 a.m.  Accordingly, no good cause having been shown, the Motion is
6 DENIED.

7     IT IS SO ORDERED.

25 Date: August 22, 2014

                                         Barry Russell
                                         United States Bankruptcy Judge