

**FILED & ENTERED**

**SEP 09 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Russell Louis Furie<br><br>Debtor(s).<br><br>Kelly Furie<br><br>Plaintiff(s),<br>v.<br><br>Russell Louis Furie<br><br>Defendant(s). | CHAPTER 7<br><br>Case No.: 2:13-bk-18101-BR<br>Adv No:  2:13-ap-01601-BR<br><br>**ORDER  EXTENDING DEADLINE FOR DEFENDANT**<br><br>Date:       NO HEARING<br>Time:<br>Courtroom: |

    The order extending the deadline for the Defendant under item 2(b) of my "Order Representation Of Evidence By Declaration for Court Trial," which was entered on June

-2-

27, 2014, has been amended to change the September 16, 2014 deadline to the new deadline of September 19, 2014.  All other deadlines remain the same.

###

Date: September 9, 2014

_____
Barry Russell
United States Bankruptcy Judge

NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled Order extending deadline for defendant was entered on the date indicated as 9/9/2014 on the first page of this judgment or order and will be served in the manner indicated below:

I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING : Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 9/9/2014, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Toan B Chung    tbchung@rpmlaw.com, toan.b.chung@gmail.com;jphan@rpmlaw.com
Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, dgomez@gonzalezplc.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

0 Service information continued on attached page

II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Russell Louis Furie
26766 Claudette St #415
Canyon Country, CA 91351

Lisa F Rosenthal
Law Offices of Rosenthal & Associates
21601 Vanowen St Ste 208
Canoga Park, CA 91303

0 Service information continued on attached page

III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

0 Service information continued on attached page